### Huston LAMB v. STATE.
### 8 Div. 596.

Court of Appeals of Alabama.
Feb. 7, 1933.

RICE, Judge.
Affirmed.

### Mitchell LAMB v. STATE.
### 4 Div. 951.

Court of Appeals of Alabama.
Nov. 15, 1932.

RICE, J.
Affirmed.

### Lester LANG v. STATE.
### 8 Div. 471.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Appeal dismissed.

### Edgar LANIER v. STATE.
### 8 Div. 543.

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Affirmed.

### Edgar LANIER v. STATE.
### 8 Div. 532.

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Affirmed.

### Wildy LAWLER v. STATE.
### 8 Div. 764.

Court of Appeals of Alabama.
March 7, 1933.

RICE, Judge.
Affirmed.

### Buck LAWRENCE v. STATE.
### 6 Div. 330.

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Appeal dismissed.